IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVERATIV INC., BIOVERATIV THERAPEUTICS INC., and BIOVERATIV U.S. LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CSL BEHRING LLC, CSL BEHRING GMBH, and CSL BEHRING RECOMBINANT FACILITY AG,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-914 (RGA)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION REGARDING CASE SCHEDULE

WHEREAS, the parties have agreed to a deadline by which supplementation of written discovery responses must be completed and a deadline by which the parties must provide their experts' availability for deposition;

WHEREAS, the parties also wish to adjust the deadlines for opening and answering briefs for summary judgment and *Daubert* motions, but will leave in place the December 6, 2019 deadline for reply briefs as ordered by the Court (*see* D.I. 167);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that supplementation of written discovery responses (including contentions) shall be completed no later than June 3, 2019, and that the parties will provide their experts' availability for deposition no later than August 16, 2019;

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that the case schedule is amended as shown in the table below, and that all other dates shall remain the same:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Case Dispositive/*Daubert* Motions and Opening Briefs | October 25, 2019 | November 1, 2019 |
| Answering Briefs on Case Dispositive/*Daubert* Motions | November 22, 2019 | November 20, 2019 |
| Reply Briefs on Case Dispositive/*Daubert* Motions | December 6, 2019 | same |
| Pretrial Conference | March 13, 2020 at 9:00 a.m. | same |
| Trial | March 30, 2020 | same |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*
Thomas C. Grimm (#1098)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
skraftschik@mnat.com
*Attorneys for Plaintiffs*

RICHARDS LAYTON & FINGER, P.A.

*/s/ Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com
*Attorneys for Defendants*

May 24, 2019

SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE