IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVERATIV INC., BIOVERATIV THERAPEUTICS INC., and BIOVERATIV U.S. LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 17-914 (RGA)<br>) |
| CSL BEHRING LLC, CSL BEHRING GMBH, and CSL BEHRING RECOMBINANT FACILITY AG, | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION REGARDING CASE SCHEDULE

WHEREAS, the deposition of third-party Cara Lowen was scheduled for June 21, 2019, but Ms. Lowen has a scheduling conflict that necessitates rescheduling the deposition for June 24, 2019, which is currently the day opening expert reports are due;

WHEREAS, the parties therefore wish to adjust expert discovery deadlines;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the case schedule is amended as shown in the table below, and that all other dates shall remain the same:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Initial Expert Reports | June 24, 2019 | June 27, 2019 |
| Rebuttal Expert Reports | August 5, 2019 | August 8, 2019 |
| Parties to provide their experts' availability for deposition | August 16, 2019 | same |
| Reply Expert Reports | September 6, 2019 | September 9, 2019 |
| Close of Expert Discovery | October 11, 2019 | October 16, 2019 |
| Case Dispositive/*Daubert* Motions and Opening Briefs | November 1, 2019 | same |
| Answering Briefs on Case Dispositive/*Daubert* Motions | November 20, 2019 | same |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Reply Briefs on Case Dispositive/*Daubert* Motions | December 6, 2019 | same |
| Pretrial Conference | March 13, 2020 at 9:00 a.m. | same |
| Trial | March 30, 2020 | same |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
skraftschik@mnat.com
*Attorneys for Plaintiffs*

RICHARDS LAYTON & FINGER, P.A.

*/s/ Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com
*Attorneys for Defendants*

June 18, 2019

        SO ORDERED this _____ day of _____, 2019.

                                      UNITED STATES DISTRICT JUDGE