IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVERATIV INC., BIOVERATIV THERAPEUTICS INC., and BIOVERATIV U.S. LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-914 (RGA) |
| CSL BEHRING LLC, CSL BEHRING GMBH, and CSL BEHRING LENGNAU AG, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Bioverativ Inc., Bioverativ Therapeutics Inc., and Bioverativ U.S. LLC (collectively, "Bioverativ") move for partial summary judgment on Defendants' reverse doctrine of equivalents defense to infringement.  The grounds for this motion are set forth in Plaintiffs' Opening Brief[1] submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Paul H. Berghoff
Alison J. Baldwin
James C. Gumina
Sarah E. Fendrick, Ph.D.
James L. Lovsin
Nicole E. Grimm
Nathaniel P. Chongsiriwatana, Ph.D.
Daniel F. Gelwicks
MCDONNELL BOEHNEN HULBERT &
 BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-2140

November 1, 2019

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
skraftschik@mnat.com

*Attorneys for Plaintiffs Bioverativ Inc.,*
*Bioverativ Therapeutics Inc., and*
*Bioverativ U.S. LLC*

---

[1] Pursuant to the Court's Order of October 30, 2019, Plaintiffs are submitting a combined Opening Brief addressing their summary judgment and *Daubert* motions.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVERATIV INC., BIOVERATIV THERAPEUTICS INC., and BIOVERATIV U.S. LLC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-914 (RGA) |
| | ) | |
| CSL BEHRING LLC, CSL BEHRING GMBH, and CSL BEHRING LENGNAU AG, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

The Court having considered Plaintiffs' Motion for Partial Summary Judgment

("Plaintiffs' Summary Judgment Motion"), and good cause being shown therefore,

IT IS HEREBY ORDERED, this _____ day of _____, 2019, that

Plaintiffs' Partial Summary Judgment Motion is GRANTED, and that Defendants cannot present

a reverse doctrine of equivalents defense.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 1, 2019, upon the following individuals in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801 | *BY E-MAIL* |
| Lisa J. Pirozzolo<br>Kevin S. Prussia<br>Emily Whelan<br>Kate Saxton<br>Michaela P. Sewall<br>Annaleigh Curtis<br>Kelli J. Powell<br>Harry Hanson<br>Rauvin A. Johl<br>WILMER CUTLER PICKERING HALE AND DOOR<br>60 State Street<br>Boston, MA  02109 | *BY E-MAIL* |
| Robert M. Gavin<br>WILMER CUTLER PICKERING HALE AND DOOR<br>950 Page Mill Road<br>Palo Alto, California 94304 | *BY E-MAIL* |
| Christopher M. Cherry<br>WILMER CUTLER PICKERING HALE AND DOOR<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 | *BY E-MAIL* |

*/s/ Thomas C. Grimm*

_____

Thomas C. Grimm (#1098)