```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF DELAWARE

 3

 4   BIOVERATIV INC., BIOVERATIV      )
     THERAPEUTICS INC., and           )
 5   BIOVERATIV U.S. LLC.,            )
                                      )
 6                  Plaintiffs,       )
                                      ) C.A. No. 17-914-RGA
 7   v.                               )
                                      )
 8   CSL BEHRING LLC, CSL BEHRING     )
     GMBH, and CSL BEHRING            )
 9   RECOMBINANT FACILITY AG,         )
                                      )
10                  Defendants.       )

11
                                       J. Caleb Boggs Courthouse
12                                     844 North King Street
                                       Wilmington, Delaware
13
                                       Tuesday, Marcy 17, 2020
14                                     9:03 a.m.
                                       Status Teleconference
15

16   BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

17   APPEARANCES:

18             MORRIS NICHOLS ARSHT & TUNNELL LLP
               BY:  THOMAS C. GRIMM, ESQUIRE
19             BY:  JEREMY A. TIGAN, ESQUIRE

20                      -and-

21             McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
               BY:  PAUL H. BERGHOFF, ESQUIRE
22
                                       For the Plaintiffs
23

24

25
```

1    APPEARANCES CONTINUED:

2              RICHARDS LAYTON & FINGER, P.A.
             BY:  FREDERICK L. COTTRELL, III, ESQUIRE

3                        -and-

4              WILMER CUTLER PICKERING HALE AND DORR

5              BY:  LISA J. PIROZZOLO, ESQUIRE
             BY:  KEVIN S. PRUSSIA, ESQUIRE

6

7                                  For the Defendants

09:03:00  8              ***   PROCEEDINGS   ***

09:03:00  9              THE COURT:  Good morning.  This is Judge Andrews

09:03:02 10    in Bioverativ versus CSL Behring.  I have a court reporter.

09:03:08 11              I don't really need to have anybody who's on the

09:03:10 12    phone identify themselves.  Basically, if Delaware counsel

09:03:13 13    would introduce whoever's going to be speaking on behalf of

09:03:18 14    each of the parties, I think that would be sufficient.

09:03:23 15              MR. GRIMM:  Your Honor, good morning.  It's Tom

09:03:27 16    Grimm and Jeremy Tigan from Morris Nichols for Bioverativ.

09:03:29 17    Paul Berghoff, I believe, will speaking on behalf of

09:03:32 18    plaintiff.  Paul's with the firm of McDonnell Boehnen in

09:03:37 19    Chicago.

09:03:38 20              THE COURT:  All right.  For defendant?

09:03:40 21              MR. COTTRELL:  Your Honor, Fred Cottrell for the

09:03:44 22    defendant.  From Wilmer Hale, I believe Lisa Pirozzolo will

09:03:49 23    speak, although Mr. Prussia or Ms. Powell may also jump in.

09:03:56 24              MR. PRUSSIA:  Good morning, Your Honor.

09:03:57 25              MS. PIROZZOLO:  Good morning, Your Honor.

09:03:58 1          THE COURT:  Good morning to you all.  I don't

09:04:00 2   think this is probably going to be a very long conference,

09:04:03 3   but I would ask, Mr. Berghoff and Ms. Pirozzolo, even though

09:04:08 4   I think I'll be able to figure out which of you is speaking

09:04:12 5   at any given time, to identify yourself before you start.

09:04:17 6          So basically, and tell me if I've got this

09:04:23 7   wrong, we have a trial scheduled for March 30th.  We had a

09:04:29 8   pretrial scheduled for now.  Either formally or informally,

09:04:34 9   both events have been continued.

09:04:36 10         Obviously, the pretrial conference is not

09:04:38 11  happening because we're having this status conference

09:04:40 12  instead, and a trial would be impossible, under the

09:04:46 13  circumstances, on March 30th.  So, I guess, if we haven't

09:04:55 14  entered an order continuing them, we're going to continue

09:04:58 15  them; right?

09:05:03 16         MR. BERGHOFF:  Yes, Your Honor.

09:05:04 17         MS. PIROZZOLO:  Yes, Your Honor.  It's Lisa

09:05:05 18  Pirozzolo.

09:05:05 19         THE COURT:  Okay.  So that's what I thought.  So

09:05:10 20  it probably won't surprise you that since I got word that

09:05:13 21  this was happening about approximately the same time as you

09:05:16 22  filed the Pretrial Order, while I did skim through the main

09:05:22 23  portion of the Pretrial Order that is, you know, the 25

09:05:25 24  pages or so that's the actual order as opposed to all the

09:05:29 25  attachments, other than noting you didn't really seem to

1   have much in the way of disagreements, I didn't give it any

2   actual thought like I was going to have to do something

3   about it in the next few days.  And the rest of whatever it

4   is you filed is just a big stack of papers in my office

5   right now.

6           So we're not going to have any substantive

7   discussion, I don't think.  I take it the main purpose of

8   this call, which was either passed along by some letter I

9   read or something my staff told me, was you'd like to get

10  back on the calendar sooner rather than later which is

11  understandable.

12          So is that what we're doing here is basically

13  seeing what we can come up with as a new date or, honestly,

14  under the circumstances, depending on what date you have in

15  mind and given the uncertainty, maybe it doesn't cost very

16  much to put things on the calendar.  We can always continue

17  them if it turns out the emergency lasts longer than people

18  seem to be thinking right now.

19          In any event, what is it you want to do?

20          MS. PIROZZOLO:  Your Honor, this is --

21          MR. BERGHOFF:  Paul Berghoff for the plaintiff.

22  Sorry, Lisa.  I'm sorry.

23          Yes, as plaintiff, obviously, we want to get to

24  trial as soon as we can.  But given that many of our

25  witnesses are heavily scheduled medical experts, it really

09:06:59 1   would be in, I think, everybody's interest if we could set a

09:07:03 2   date that is more likely than not to stick so far enough out

09:07:10 3   that most reasonable minds think we'll be past this, at that

09:07:16 4   point, rather than have a series of overly optimistic dates

09:07:21 5   that end up just getting pushed, and pushed, and pushed.  So

09:07:25 6   that would be plaintiffs' view of things.

09:07:28 7              THE COURT:  And Mr. Berghoff --

09:07:30 8              MS. PIROZZOLO:  Sorry, Your Honor.

09:07:31 9              THE COURT:  Hold on just a second,

09:07:32 10  Ms. Pirozzolo.  Just so I have the right thing in mind, what

09:07:37 11  date do you think is the earliest date that meets the

09:07:40 12  criteria you just said?

09:07:43 13             MR. BERGHOFF:  I think, you know, I'm no expert

09:07:48 14  on the Corona Virus or, you know, how this is going to play

09:07:52 15  out for sure, I'm not sure there are many people who are,

09:07:55 16  but I think the fall would be really the earliest we could

09:08:01 17  comfortably think this is going to be behind us.

09:08:03 18             THE COURT:  All right.  Ms. Pirozzolo, I cut you

09:08:07 19  off.  Now is your turn.

09:08:08 20             MS. PIROZZOLO:  Thank you, Your Honor.  We

09:08:11 21  actually have the same view as plaintiffs here that we

09:08:16 22  should set a realistic date.  I think we were of the mind

09:08:21 23  that August could be realistic or early fall, but it sounds

09:08:25 24  like we're in the same ball park.

09:08:32 25             THE COURT:  All right.  Well, you know, one of

09:08:44  1   the problems, and I realize my problems are not necessarily

09:08:47  2   your problems, is that it tends to be the case that I have

09:08:55  3   trial scheduled, you know, pretty much every week that's

09:08:58  4   available for trials to be scheduled into the foreseeable

09:09:04  5   future.  And so part of the problem is, you know, when I'm

09:09:09  6   scheduling at the beginning of the case, I schedule two,

09:09:13  7   three, sometimes more trials for the same time confident

09:09:17  8   that the law of averages or something else will result in

09:09:24  9   all but one, if not all of them going away.  So I'm somewhat

09:09:32 10   limited in the sense of having trials scheduled.

09:09:39 11          What month am I on here?  Let's see.  Well, so

09:10:41 12   here's a date that I don't actually know why this is the

09:10:46 13   case, but I'm looking at the week of December 7th, which on

09:10:55 14   my calendar has Hanukkah on Friday, December 11th, but it

09:11:01 15   also has the advantage that on Friday, December 4th, I don't

09:11:05 16   actually have a trial scheduled then.  I just have a

09:11:08 17   pretrial in a case.

09:11:14 18          And honestly, I don't know whether Hanukkah

09:11:16 19   affects anybody or not, but I could schedule basically jury

09:11:21 20   selection on December 4th and the trial to start on

09:11:31 21   December 7th, and you'd have priority over any civil case

09:11:39 22   because I've got no other civil case scheduled that week.

09:11:42 23   And you know, so unless some criminal thing came along and

09:11:49 24   leaped on top of you, you'd probably be okay.

09:11:53 25          How's that suggestion work?  And I guess --

09:11:59  1          MR. BERGHOFF:  That would work for plaintiff.

09:12:02  2   I'm sorry, Your Honor.

09:12:03  3          THE COURT:  I was just going to say, you know, I

09:12:05  4   sort of recognize, as you said, you have heavily scheduled

09:12:08  5   medical experts, so I realize you probably don't have all of

09:12:16  6   their schedules.  And of course, medical experts, maybe not

09:12:20  7   in the hemophilia field, but you know, their lives are

09:12:24  8   probably being upended, too.

09:12:27  9          But in any event, go ahead, Mr. Berghoff.

09:12:31 10          MR. BERGHOFF:  That would work fine with our

09:12:36 11   schedules, as far as we know.  As you mentioned, Your Honor,

09:12:39 12   we don't know exactly all of our experts' schedules, but we

09:12:43 13   will -- but I think it's far enough out that we can work

09:12:46 14   with that.

09:12:48 15          THE COURT:  What about you, Ms. Pirozzolo?

09:12:50 16          MS. PIROZZOLO:  Yes, I believe we can work with

09:12:54 17   that, too.  We'll right away check with our folks, but it is

09:13:00 18   far enough out that we hope we can work with that.

09:13:03 19          THE COURT:  Okay.  So let's do this.  I will, so

09:13:07 20   to speak, reserve those dates for you.  I don't actually

09:13:12 21   have a whole lot of other -- I will reserve those dates for

09:13:20 22   you and give you, say, you know, 48 hours or actually

09:13:28 23   whatever you think is reasonable to check around and see if

09:13:32 24   there's any problems that you're not able to identify right

09:13:36 25   now.  We would need to have a pretrial conference, which I

09:13:44  1    would suggest the time to do that would be early in

09:13:48  2    Thanksgiving week.  You know, partly because I do have a lot

09:13:54  3    of free time Thanksgiving week, and I won't be going

09:13:57  4    anywhere.

09:13:58  5            So if you wanted to say the pretrial was

09:14:04  6    tentatively 9:00 a.m. on Monday, November 23rd, or -- let's

09:14:11  7    see.  Ms. Pirozzolo, you're in Boston.  Mr. Berghoff, you're

09:14:14  8    in Chicago?

09:14:17  9            MR. BERGHOFF:  Yes, that Monday would be great.

09:14:20 10    You know, the sooner we would get our travel out of the way

09:14:25 11    that week, the better.

09:14:27 12            THE COURT:  Right.

09:14:28 13            MR. BERGHOFF:  I have no problem flying in on

09:14:30 14    Sunday night.

09:14:31 15            THE COURT:  And Ms. Pirozzolo, that works for

09:14:33 16    your side?

09:14:33 17            MS. PIROZZOLO:  It does, Your Honor.  One thing

09:14:37 18    that was just flagged for me is there is a hemophilia

09:14:41 19    conference happening that week, so that could be an issue

09:14:46 20    for some of our folks.

09:14:47 21            THE COURT:  I'm sorry.  When you say --

09:14:49 22            MS. PIROZZOLO:  I have to check.

09:14:50 23            THE COURT:  -- "that week," you mean

09:14:52 24    December 7th?

09:14:55 25            MS. PIROZZOLO:  That's right.

09:14:57  1            THE COURT:  Well, why don't you check.  I mean,
09:15:00  2    that's part of the reason why I was saying, you know --
09:15:06  3    because basically what I like to do is check, and if these
09:15:13  4    dates work, then just submit a jointly agreed order that
09:15:16  5    takes care of whatever other -- you know, that puts these
09:15:21  6    dates in the form where I can just sign it, and then we'll
09:15:26  7    have them.
09:15:26  8            You know, if the dates, because of the
09:15:31  9    hemophilia conference or for whatever reason, don't work,
09:15:37 10    you'll have to get another conference call with me or
09:15:40 11    perhaps check it out with my staff and see what you can come
09:15:44 12    up with.  But I don't think I can be giving out multiple
09:15:47 13    dates and fallback dates right now.
09:15:50 14            Okay?
09:15:54 15            MS. PIROZZOLO:  Thank you, Your Honor.
09:15:55 16            MR. BERGHOFF:  Thank you, Your Honor.
09:15:56 17            THE COURT:  Okay.  Is there anything else you
09:15:58 18    want to discuss while you're on the line?
09:16:02 19            MR. BERGHOFF:  Not from plaintiffs' side, Your
09:16:04 20    Honor.
09:16:05 21            MS. PIROZZOLO:  Not for defendants, Your Honor.
09:16:06 22            THE COURT:  Okay.  Well, I appreciate your
09:16:09 23    cooperation in this and, you know, follow the good
09:16:14 24    practices, and stay well, and hopefully I'll see you down
09:16:18 25    the road.

09:16:18  1                    All right?

09:16:21  2                    MS. PIROZZOLO:  Thanks very much.

09:16:22  3                    MR. BERGHOFF:  Thank you, Your Honor.

09:16:23  4                    THE COURT:  All right.  Bye-bye.

5                    (Everyone said, Thank you, Your Honor.)

6                    (Status conference was concluded at 9:16 a.m.)

7                    I hereby certify the foregoing is a true and

8        accurate transcript from my stenographic notes in the

9        proceeding.

10                    /s/ Heather M. Triozzi
                     Certified Merit and Real-Time Reporter
11                    U.S. District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25