IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVERATIV INC., BIOVERATIV THERAPEUTICS INC., and BIOVERATIV U.S. LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CSL BEHRING LLC, CSL BEHRING GMBH, and CSL BEHRING LENGNAU AG, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 17-914 (RGA) |

**BIOVERATIV'S MOTION TO DISMISS OR, IN THE ALTERNATIVE TO AMEND THE COMPLAINT TO REMOVE, BIOVERATIV'S CLAIMS OF INFRINGEMENT OF U.S. PATENT NO. 9,629,903 AND TO DISMISS CSL'S COUNTERCLAIMS BASED ON THAT PATENT**

Pursuant to Rule 41(a)(2) of the Federal Rules of Procedure, Plaintiffs Bioverativ Inc., Bioverativ Therapeutics Inc., and Bioverativ U.S. LLC (collectively, "Bioverativ") move to dismiss, without prejudice, its claims of infringement of U.S. Patent No. 9,629,903 (the "'903 Patent") against Defendants CSL Behring LLC, CSL Behring GmbH, and CSL Behring Lengnau AG (collectively "CSL") based upon Bioverativ's execution of a covenant not to sue on the '903 Patent.  In the alterative, pursuant Federal Rule 15(a)(2), Bioverativ moves to amend the complaint to remove its claims of infringement of the '903 Patent against CSL.  Further, pursuant to Federal Rule 12(b)(1), Bioverativ moves to dismiss, without prejudice, CSL's declaratory judgment counterclaims based on the '903 Patent.  The grounds for this motion are set forth in Bioverativ's Opening Brief in Support, filed concurrently herewith.

|                                      |                                           |
|--------------------------------------|-------------------------------------------|
|                                      | MORRIS, NICHOLS, ARSHT & TUNNELL LLP      |
| OF COUNSEL:                          | */s/ Jeremy A. Tigan*                     |
|                                      | _____    |
| Paul H. Berghoff                     | Thomas C. Grimm (#1098)                   |
| Alison J. Baldwin                    | Jeremy A. Tigan (#5623)                   |
| Joshua R. Rich                       | 1201 N. Market Street                     |
| James C. Gumina                      | P.O. Box 1347                             |
| Sarah E. Fendrick, Ph.D.             | Wilmington, DE 19899-1347                 |
| James L. Lovsin                      | (302) 658-9200                            |
| Nicole E. Grimm                      | tigan@mnat.com                            |
| Daniel F. Gelwicks                   | tgrimm@mnat.com                           |
| MCDONNELL BOEHNEN HULBERT &          |                                           |
|  BERGHOFF LLP                        | *Attorneys for Plaintiffs Bioverativ Inc.,* |
| 300 South Wacker Drive               | *Bioverativ Therapeutics Inc., and*       |
| Chicago, IL 60606                    | *Bioverativ U.S. LLC*                     |
| (312) 913-2140                       |                                           |

September 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 10, 2020, upon the following individuals in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801 | *BY E-MAIL* |
| Lisa J. Pirozzolo<br>Kevin S. Prussia<br>Emily Whelan<br>Kate Saxton<br>Michaela P. Sewall<br>Annaleigh Curtis<br>Kelli J. Powell<br>Harry Hanson<br>Rauvin A. Johl<br>Joseph J. Mueller<br>WILMER CUTLER PICKERING HALE AND DOOR<br>60 State Street<br>Boston, MA  02109 | *BY E-MAIL* |
| Robert M. Gavin<br>WILMER CUTLER PICKERING HALE AND DOOR<br>950 Page Mill Road<br>Palo Alto, California 94304 | *BY E-MAIL* |
| Christopher M. Cherry<br>WILMER CUTLER PICKERING HALE AND DOOR<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 | *BY E-MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)