# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jeremy A. Tigan
302 351 9106
jtigan@morrisnichols.com

April 1, 2021

**BY ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Bioverativ Inc., et al. v. CSL Behring LLC et al.*,
              C.A. No. 17-914 (RGA)

Dear Judge Andrews:

      I write on behalf of counsel for both parties in response to the Court's October 19, 2020 Order [D.I. 332]. Specifically, I write to advise the Court of "any scheduling issues relating to witness availability, and whether, from the perspective of both parties, the June 1, 2021 start date still appears viable."

      Due to several difficulties created by the ongoing pandemic, the parties believe that the June 1, 2021 trial start date does not appear to be viable. The parties have met and conferred twice and are in agreement on most, if not all, points.

      The parties wish to have a live jury trial, with witnesses testifying in person. However, the parties each have witnesses located outside of the United States (including in the United Kingdom, France, Germany, and Australia) who will need to travel to Delaware to testify in person. Due to current global restrictions on international travel, some ex-US witnesses may be restricted from leaving their home country and may not be able to enter the US to testify in person by June. Even if an ex-US witness can enter the country to testify in person by then, it is unclear how – and for how long – that witness would need to quarantine before and after the trial. Additionally, not all of the ex-US and US-based witnesses are vaccinated and, while the parties are hopeful, it is unclear whether these witnesses could be vaccinated in time for the vaccination to be effective by June 1st.

      Under these circumstances, the parties respectfully request that the upcoming trial be rescheduled for a date certain later in 2021 or early 2022 as the first case scheduled for that date, if possible. This case has been pending since 2017 and trial has been rescheduled twice before now (March 2020 to October 2020 to June 2021). The expert witnesses in this case include both treating physicians and scientists who have limited scheduling flexibility. Having a certain start

The Honorable Richard G. Andrews
April 1, 2021
Page 2

date will allow the parties' witnesses, including the witnesses located outside of the United States, to plan their travel to Delaware for trial so as not to conflict with other obligations.

      A pretrial conference is currently scheduled for May 21, 2021 and the submission of proposed amendments, or objections thereto, to the Pretrial Order [D.I. 278, 279] is currently scheduled for May 17, 2021. [D.I. 332]. If the Court is agreeable to rescheduling the trial, the parties request that these dates also be moved closer to the rescheduled trial and can propose interim dates once the trial date is set.

                                               Respectfully,

                                               */s/ Jeremy A. Tigan*

                                               Jeremy A. Tigan (#5239)

JAT/rs
cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF and email)