# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
302 351-9106
jtigan@morrisnichols.com

April 6, 2021

**BY ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Bioverativ Inc., et al. v. CSL Behring LLC et al.*,
             C.A. No. 17-914 (RGA)

Dear Judge Andrews:

I write on behalf of counsel for both parties in response to the Court's April 5, 2021 Order [D.I. 339]. Specifically, I write to identify who the witnesses for trial from outside the US are, and explain briefly their significance to the case.

    Bioverativ's Ex-US Witnesses:

Two of the expert witnesses that Bioverativ expects to call live in rebuttal to CSL's invalidity defenses reside in the United Kingdom. Dr. Sally Ward will testify regarding CSL's written description and enablement defenses. Dr. John Pasi will testify regarding CSL's obviousness defense. The testimony from these two expert witness is central to Bioverativ's position that the Asserted Patents are valid.

Additionally, Dr. Ward will testify in rebuttal to CSL's reverse doctrine of equivalents defense.

    CSL's Ex-US Witnesses:

**Dr. Claude Négrier** – Dr. Négrier is the head of the Hematology Department at Edouard Herriot University Hospital in Lyon, France and the Director of the Hematology Comprehensive Care Centre there. Dr. Négrier is on CSL's "will call" list. D.I. 278, Schedule D2. Dr. Négrier will offer expert testimony on obviousness as well as opinions regarding the priority date of the patents-in-suit, their lack of written description and enablement, the named inventors' lack of

The Honorable Richard G. Andrews
April 6, 2021
Page 2

conception of the inventions claimed, and the named inventors' derivation of portions of those claims from CSL.

**Dr. Thomas Weimer** – Dr. Weimer is Senior Director, Research at CSL in Marburg, Germany. Dr. Weimer is one of the inventors of CSL's Idelvion® product, the administration of which is accused of infringing the dosing patents-in-suit. Dr. Weimer is on CSL's "may call" list. D.I. 278, Schedule D2. If called, Dr. Weimer may offer testimony on, among other things, CSL's independent discovery and development of the accused product Idelvion®.

**Dr. Stefan Schulte** – Dr. Schulte is Lazarus Technical Leader at CSL in Marburg, Germany. Dr. Schulte is one of the inventors (along with Dr. Weimer and a third CSL employee, Dr. Hubert Metzner) of CSL's Idelvion® product. Dr. Schulte is on CSL's "may call" list. D.I. 278, Schedule D2. If called, Dr. Schulte may offer factual testimony on, among other things, the CSL's independent discovery and development of Idelvion®.

**Dr. Anne Verhagen** – Dr. Verhagen is Senior Director, Biochemistry at CSL Research in Melbourne, Australia. Dr. Verhagen is on CSL's "may call" list. D.I. 278, Schedule D2. If called, she may offer factual testimony on, among other things, tests on the mechanism of action for Idelvion®, which is relevant to CSL's defenses.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT:lo
cc:  Clerk of the Court (*via CM/ECF*)
     All Counsel of Record (*via CM/ECF and email*)